UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD W. BOTTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOYA CORPORATION, VISION CARE DIVISION, et al.,<br><br>    Defendants. | Case No. 14-cv-02528-BLF<br><br>**ORDER STRIKING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF Nos. 27, 28, 33] |

Before the Court are several motions filed by Plaintiff in the above-captioned action: (1) a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 (ECF 28); (2) a Motion to file information under seal (ECF 27); and (3) a Motion for Leave to file excess pages related to his motion for summary judgment. (ECF 33)

Pursuant to Rule 12(f)(1), the Court hereby STRIKES Plaintiff's Motion for Summary Judgment without prejudice, for several reasons. First, the Court finds the Motion premature. Defendant has yet to take Plaintiff's deposition, and discovery has only recently been served on Plaintiff. Second, Plaintiff's Motion does not fully comply with the Court's Standing Order, as Plaintiff has not included with the Motion a Moving Separate Statement of Undisputed Material Facts as required by the Court. The Court understands Plaintiff's strategic choice to file such an early Motion for Summary Judgment, but finds it imprudent to allow such a Motion to be briefed and heard prior to allowing Defendant the opportunity to engage in meaningful discovery, including the taking of Plaintiff's deposition.

As discussed with the parties at the August 21, 2014 Case Management Conference, Plaintiff may refile the Motion no earlier than the day following Plaintiff's Deposition, and thereafter Defendant will have 30 days to file its Response.

Plaintiff's Motion to file information under seal is thus TERMINATED AS MOOT. Plaintiff sought to file three categories of documents under seal, all of which related to the Motion for Summary Judgment. (*See* ECF 27-1) Similarly, the Motion for Leave to file excess pages to the Motion for Summary Judgment is also TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge