UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD W. BOTTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOYA CORPORATION, VISION CARE DIVISION, et al.,<br><br>    Defendants. | Case No.  14-cv-02528-BLF<br><br>**ORDER SETTING TELEPHONIC CONFERENCE TO RESOLVE DEPOSITION DATE DISPUTE** |

At the Court's August 21, 2014 Case Management Conference, the Court instructed the parties in the above-captioned action to agree to a date on which Plaintiff's deposition could be taken. The Court told the parties that, were they unable to agree to a date, that the parties could submit a short letter brief to the Court outlining the dispute so that the Court could quickly resolve it. Plaintiff has filed such a letter brief, dated September 11, 2014, noting that Defendants had served Plaintiff with a deposition notice setting a deposition date of October 14, 2014. When Plaintiff's counsel informed Defense counsel that Plaintiff would purchase air travel to San Francisco to attend the deposition – as Plaintiff resides in Bangkok, Thailand – Defense counsel stated that the October 14, 2014 date was "no longer available." ECF 42 at 1.

The Court hereby ORDERS both parties to appear via Court Call for a telephonic conference on Monday, September 22, 2014, at 11 a.m. Pacific Time (2 p.m. Eastern Time), to resolve this dispute. This conference will be on the record. Counsel shall be prepared to set a firm date for Plaintiff's deposition, which will thereafter be ordered by the Court. If counsel is, for good cause, unable to attend the conference at that time, counsel may stipulate, prior to 3 p.m. Pacific Time tomorrow, September 19, 2014, to move the conference to any time between 1:30 p.m. and 4:30 p.m. Pacific Time on Monday. Counsel must call (408) 535-5381 prior to 3 p.m.

1  Friday to inform the Court of any such stipulation. The parties may forego this telephonic
2  conference if, by 3 p.m. Friday, September 19, 2014, they file with the Court a stipulation setting a
3  date for Plaintiff's deposition.
4  **IT IS SO ORDERED.**
5  Dated: September 18, 2014

_____
BETH LABSON FREEMAN
United States District Judge