United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD W. BOTTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOYA CORPORATION, VISION CARE DIVISION, et al.,<br><br>    Defendants. | Case No.  14-cv-02528-BLF<br><br>**ORDER SETTING PLAINTIFF'S DEPOSITION FOR NOVEMBER 12, 2014 IN SAN FRANCISCO, CALIFORNIA** |

On September 22, 2014, the Court held a conference call, with counsel for Plaintiff and Defendant Hoya Corporation, to set a deposition date on which Defendant could take Plaintiff's deposition. The parties have informed the Court by letter that they have agreed to a deposition date of November 12, 2014, in San Francisco, California.

The Court HEREBY ORDERS that Plaintiff shall be deposed on November 12, 2014, in San Francisco, California, and FURTHER ORDERS that Defendant Hoya Corporation send proper notice to Plaintiff regarding the deposition to be taken on that date.

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
BETH LABSON FREEMAN
United States District Judge