UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD W. BOTTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOYA CORPORATION, VISION CARE DIVISION, et al.,<br><br>    Defendants. | Case No. 14-cv-02528-BLF<br><br>**ORDER RE: PLAINTIFF'S NOVEMBER 20, 2014 LETTER** |

The Court is in receipt of Plaintiff's November 20, 2014 Letter regarding his recent administrative motion, which was stricken by the Court. ECF 55. In that motion, Plaintiff requested two forms of relief:

> (1) declaring that the deposition of the plaintiff Gerald W. Bottero, commenced on November 12, 2014, is completed and may not be resumed by the defendant; and
>
> (2) that the plaintiff may re-file his motion for summary judgment at any time before the deadline for the filing of dispositive motions set for this case.

ECF 52 at 2.

The Court reiterates that Plaintiff's first request was not appropriately brought as an administrative motion. If Plaintiff wants to request that the Court deem Mr. Bottero's deposition complete, he can file a properly noticed motion pursuant to Federal Rule of Civil Procedure 30(d).

However, if Plaintiff wants to seek *only* the second relief requested, an order stating that Plaintiff can re-file his summary judgment motion, based on the circumstances of the deposition and on the ground that the deposition was effectively completed, he may file an administrative motion seeking leave to re-file his summary judgment motion. Such a motion could not seek a determination from the Court that the deposition is deemed completed.

1      **IT IS SO ORDERED.**

2    Dated: November 20, 2014

3    _____
     BETH LABSON FREEMAN
4    United States District Judge