UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD W. BOTTERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOYA CORPORATION, VISION CARE DIVISION, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02528-BLF<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**<br><br>[ECF 63] |

Defendant Hoya Corporation, Vision Care Division ("HCVD") moves for leave to file an amended answer to Plaintiff's First Amended Complaint. ECF 63. HCVD states that, during the course of discovery, it has obtained information that makes it believe it can assert seven additional affirmative defenses. *See id.* at 3-4. HCVD sought Plaintiff's consent for leave to amend, to which Plaintiff did not respond. *See* Bernstein Decl., ECF 63-1 ¶¶ 7, 9. Nonetheless, Plaintiff filed a notice of non-opposition to Plaintiff's motion. ECF 77. The motion is currently scheduled to be heard by the Court on January 29, 2015.

Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend should be granted liberally "when justice so requires," unless amendment would prejudice the opposing party or otherwise is sought in bad faith, is futile, or creates an undue delay. *See, e.g.*, *Ascon Properties, Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). HCVD seeks to clarify and add to its affirmative defenses, having learned new information in discovery. As Plaintiff has not opposed the request, there is no indication that the motion is brought in bad faith or would prejudice Plaintiff.

The Court GRANTS HCVD's motion. The January 29, 2015 hearing on the motion is hereby VACATED. HCVD shall have fourteen days from the issue of this Order to file an

Amended Answer. HCVD's Amended Answer shall be due **no later than January 20, 2015**.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge